IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANA'S RAILROAD SUPPLY et al.,

    Plaintiffs,

v.                              CASE NO. 4:14cv134-RH/CAS

PAMELA JO BONDI,

    Defendant.

_____/

## ORDER DETERMINING ENTITLEMENT TO A FEE AWARD

The plaintiffs prevailed in this action under 42 U.S.C. § 1983. They are entitled to an award of attorney's fees under 42 U.S.C. § 1988. The defendant has not asserted the contrary. Accordingly,

IT IS ORDERED:

The plaintiffs' motion for an order determining their entitlement to attorney's fees, ECF No. 51, is granted. It is determined that the plaintiffs are entitled to recover attorney's fees. The procedures in Local Rule 54.1 will govern proceedings to determine the amount of the award.

SO ORDERED on June 19, 2017.

                                    s/Robert L. Hinkle
                                    United States District Judge